IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **VS** | **CR NO. 8:20cr00467-DCC-1** |
| **ROGER NAVARETTE** | |

## PLEA

The defendant, **ROGER NAVARETTE** pleads **GUILTY** to Count **1** of the **indictment** in open court.

_____
(Signed) Defendant

Spartanburg, South Carolina
July 19, 2021